IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

STEPHEN J. PFEIFFER

INFORMATION

3:09cr50/McR

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE

That from on or about January 1, 2003, through on or about August 31, 2005, in the Northern District of Florida, the defendant,

STEPHEN J. PFEIFFER,

while an officer, that is, Secretary-Treasurer of the Stage and Picture Operators' Local 60, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use the moneys, funds, securities, property and other assets of said labor organization in the approximate amount of twelve

FILED IN OPEN COURT THIS

5-13-2009

CLERK, U.S. DISTRICT
COURT, NORTH. DIST. FLA.

thousand fifty-one dollars ($12,051), in violation of Title 29, United States Code, Section 501(c).

THOMAS F. KIRWIN  
United States Attorney

08 MAY 2009  
Date

DIXIE A. MORROW  
Assistant United States Attorney